1  BRIAN J. MOONEY (SBN: 143795)
   GORDON & REES LLP
2  275 Battery Street, Suite 2000
   San Francisco, CA 94111
3  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
4

5  CATHERINE MANSKE (SBN: 183815)
   GORDON & REES LLP
6  655 University Avenue, Suite 200
   Sacramento, CA 95825
7  Telephone: (916) 565-2900
   Facsimile: (916) 920-4402
8

9  Attorneys for Defendants
   ZIMMER US, INC., and ZIMMER, INC.
10

11 STEWART C. ALTEMUS (SBN: 98746)
   ALTEMUS & WAGNER
12 1255 Sacramento Street
   Redding, CA 96001
13 Telephone: (530) 242-8800
   Facsimile: (530) 242-8900
14

15 Attorneys for Plaintiff
   SARA MONROE

16

17              UNITED STATES DISTRICT COURT

18              EASTERN DISTRICT OF CALIFORNIA

19

| | |
|---|---|
| SARA MONROE, | CASE NO. 2:08-CV-02944-FCD-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO MODIFY EXPERT DISCLOSURE DATES** |
| vs. | |
| ZIMMER US, INC., ZIMMER, INC., and DOES 1 through 25, | |
| Defendants. | |

TO THE HONORABLE FRANK C. DAMRELL, JR.:

IT IS HEREBY STIPULATED, and agreed, between plaintiff SARA MONROE and defendants ZIMMER US, INC. and ZIMMER, INC., by and through their respective counsel

-1-

Gordon & Rees LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111

1 herein, to move the timing of the disclosure of expert witnesses and information required by Rule 26(a)(2) as follows:

The defendants, Zimmer US, Inc. and Zimmer, Inc. (collectively "Zimmer"), pursuant to the Court's order of February 3, 2009, request that Section V, "Disclosure of Expert Witnesses," of the Status (Pretrial Scheduling) Order be amended so that the deadline for parties to submit supplemental expert witness disclosures is enlarged to and including April 5, 2010, and the deadline for completion of expert witness discovery is enlarged to and including April 30, 2010. Zimmer requests these changes on the ground that due to the nature of this case, the parties likely will disclose multiple expert witnesses each and may required additional time to retain experts to rebut opinions given in the adverse party's initial expert witness disclosures.

Dated: March 5, 2009  GORDON & REES LLP

By: /s/ Catherine L. Manske
Brian Mooney
Catherine L. Manske

*Of Counsel*:

Thomas G. Stayton
Ryan A. Hamilton
BAKER & DANIELS LLP
300 North Meridian Street
Suite 2700
Indianapolis, Indiana 46204
(317) 237-0300 (telephone)
(317) 237-1000 (facsimile)

Attorneys for the defendants, ZIMMER US, INC., and ZIMMER, INC.

Dated: March 5, 2009  ALTEMUS & WAGNER

By: /s/ Stewart C. Altemus
Stewart C. Altemus
Attorneys for the plaintiff SARA MONROE

/ / /

/ / /

/ / /

PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

Dated: March 5, 2009

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE