IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARA MONROE,

        Plaintiff,

vs.

ZIMMER US, INC., et al.,

        Defendants.

        No. CIV S-08-2944 FCD EFB

<u>ORDER</u>

On February 23, 2010, defendants Zimmer US, Inc. and Zimmer, Inc. ("defendants") filed a motion to quash a subpoena plaintiff served on third party Court Street Surgery on February 11, 2010. Dckt. No. 30. Defendants noticed the motion for hearing before the undersigned on April 14, 2010. Defendants argue that the subpoena should be quashed because it was issued and seeks production of documents after the discovery completion deadline of February 5, 2010 set forth in the district judge's Rule 16 scheduling order. *Id.*; *see also* Dckt. No. 11 ("All discovery shall be **completed** by **February 5, 2010.** In this context, 'completed' means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed.").

////

1       Although defendants are correct that the discovery completion deadline set forth in the Rule 16 scheduling order has passed, on February 18, 2010, plaintiff filed a motion for relief from the scheduling order, including the discovery completion deadline set forth therein. Dckt. No. 24. That motion was noticed for hearing before the district judge on April 23, 2010. *Id.*

      In light of plaintiff's pending motion for relief from the scheduling order, the hearing on defendants' motion to quash is continued to May 12, 2010, at 10:00 a.m. in Courtroom No. 24. Although the subpoena issued to Court Street Surgery requires production of documents on March 3, 2010, because of the pending motion to quash, Court Street Surgery is not obligated to respond to the subpoena unless and until instructed to do so by the court. The Clerk of Court shall mail a copy of this order to Court Street Surgery at 2184 Court Street, Redding, California 96001 and shall also serve a copy by facsimile to (530) 246-4445.

      SO ORDERED.

Dated: February 25, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE