1  BRIAN J. MOONEY (SBN: 143795)
   GORDON & REES LLP
2  275 Battery Street, Suite 2000
   San Francisco, CA  94111
3  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
4

5  CATHERINE MANSKE (SBN: 183815)
   GORDON & REES LLP
6  655 University Avenue, Suite 200
   Sacramento, CA  95825
7  Telephone: (916) 565-2900
   Facsimile: (916) 920-4402

8  Attorneys for Defendants
   ZIMMER US., INC., ZIMMER, INC.
9

10 STEWART C. ALTEMUS (SBN: 98746)
   ALTEMUS & WAGNER
11 1255 Sacramento Street
   Redding, Ca  96001
12 Telephone: (530) 242-8800
   Facsimile: (530) 242-8900
13

14 Attorneys for Plaintiff
   SARA MONROE
15

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MONROE, | CASE NO. 2:08-CV-02944 FCD EFB |
| Plaintiff, | **STIPULATION AND ORDER TO ADVANCE HEARING DATES ON PLAINTIFF'S MOTION FOR RELIEF FROM SCHEDULING ORDER AND MOTION TO STAY PROCEEDINGS PENDING RULING BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Currently scheduled for April 23, 2010)** |
| vs. | |
| ZIMMER US, INC., ZIMMER, INC., and DOES 1 through 25, | |
| Defendants. | |

TO THE HONORABLE FRANK C. DAMRELL, JR.:

IT IS HEREBY STIPULATED, and agreed, between plaintiff SARA MONROE and defendants ZIMMER US, INC. and ZIMMER, INC., by and through their respective counsel, to advance the hearing dates on plaintiff's Motion to Stay Proceedings Pending Ruling by Judicial Panel on Multidistrict Litigation and Motion for Relief from Scheduling Order from April 23,

-1-

1  2010 to March 26, 2010. The parties also ask for an alternative briefing schedule in that
2  defendants' opposition will be due on March 12, 2010 and the reply will be due on March 18,
3  2010.

4  Dated: March 5, 2010                          GORDON & REES LLP

6                                                By:   /s/Catherine L. Manske
7                                                      Brian Mooney
                                                       Catherine Manske

8                                                *Of Counsel*:

9                                                Thomas G. Stayton
                                                 Grant Reeves
10                                               BAKER & DANIELS LLP
                                                 300 North Meridian Street
11                                               Suite 2700
                                                 Indianapolis, Indiana 46204
12                                               (317) 237-0300 (telephone)
                                                 (317) 237-1000 (facsimile)
13
                                                 Attorneys for Defendants ZIMMER US, INC.
14                                               and ZIMMER, INC.

15  Dated: March 5, 2010                         ALTEMUS & WAGNER

17                                               By:   /s/ Stewart c. Altemus
18                                                     Stewart C. Altemus
                                                 Attorneys for Plaintiff
                                                 SARA MONROE
19

20  PURSUANT TO THIS STIPULATION, IT IS SO ORDERED.

22  Dated: March 8, 2010

24                                               _____
                                                 FRANK C. DAMRELL, JR.
25                                               UNITED STATES DISTRICT JUDGE

*Gordon & Rees LLP*
*275 Battery Street, Suite 2000*
*San Francisco, CA 94111*