1  BRIAN J. MOONEY (SBN: 143795)
   GORDON & REES LLP
2  275 Battery Street, Suite 2000
   San Francisco, CA  94111
3  Telephone: (415) 986-5900
   Facsimile: (415) 986-8054
4
   CATHERINE MANSKE (SBN: 183815)
5  GORDON & REES LLP
   655 University Avenue, Suite 200
6  Sacramento, CA  95825
   Telephone: (916) 565-2900
7  Facsimile: (916) 920-4402

8  THOMAS G. STAYTON
   GRANT REEVES
9  BAKER & DANIELS LLP
   300 North Meridian Street
10 Suite 2700
   Indianapolis, IN  46204
11 Telephone: (317) 237-0300
   Facsimile: (317) 237-1000
12
   Attorneys for Defendants
13 ZIMMER US, INC. and ZIMMER, INC.

14
15              UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17  SARA MONROE,                    )  CASE NO.  2:08-CV-02944-FCD-EFB
                                    )
18                                  )  **ORDER ON STIPULATION TO**
                     Plaintiff,     )  **MODIFY SCHEDULING ORDER**
19                                  )
        vs.                         )
20                                  )
                                    )
21  ZIMMER US, INC., ZIMMER, INC., and )
    DOES 1 through 25,              )
22                                  )
                                    )
23                   Defendants.    )
                                    )
24

25      The plaintiff, Sara Monroe ("Plaintiff"), and defendants, Zimmer US, Inc., and Zimmer,

26  Inc. (collectively "Zimmer"), having stipulated that the court modify the current Scheduling

27  Order entered by the court on February 2, 2009 (Status Pretrial Scheduling Order, Docket #11)

28  and modified by order of the Court on April 16, 2010 (Memorandum and Order, Docket #43),

-1-

and the court, having considered same hereby MODIFIES the Scheduling Order as follows:

| Event | New Deadline |
|---|---|
| All discovery shall be completed: | **June 21, 2010** |
| Experts shall be designated: | **July 6, 2010** |
| Supplemental experts shall be designated: | **July 27, 2010** |
| All expert discovery shall be completed: | **August 24, 2010** |
| All dispositive motions shall be heard: | **November 19, 2010** |
| Final Pretrial Conference reset for: | **January 14, 2011 at 1:30 p.m.** |

**IT IS SO ORDERED**:

Date:  May 11, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

ZMMR/1054518/7858967v.1

-2-
ORDER ON STIPULATION TO MODIFY SCHEDULING ORDER
CASE NO. 2:08-CV-02944-FCD-EFB