BRIAN J. MOONEY  (SBN:  143795)
GORDON & REES LLP
275 Battery Street, Suite 2000
San Francisco, CA  94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054

CATHERINE MANSKE (SBN:  183815)
GORDON & REES LLP
655 University Avenue, Suite 200
Sacramento, CA  95825
Telephone:  (916) 565-2900
Facsimile:  (916) 920-4402

MICHAEL J. KANUTE (*pro hac vice*)
BAKER & DANIELS LLP
311 S. Wacker Dr., Suite 4400
Chicago, IL 60602
Telephone: (312) 212-6500
Facsimile: (312) 212-6501

Attorneys for Defendants  ZIMMER US, INC., and ZIMMER, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA MONROE, | CASE NO.  2:08-CV-02944-FCD-EFB |
| Plaintiff, | **STIPULATION AND ORDER REGARDING DISMISSAL OF THE PLAINTIFF'S COMPLAINT WITH PREJUDICE** |
| vs. | |
| ZIMMER US, INC., ZIMMER, INC., and DOES 1 through 25, | |
| Defendants. | |

TO THE HONORABLE COURT:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned parties, through their counsel of record, agree to a dismissal with prejudice of the Complaint and any and all claims contained therein as to defendants Zimmer, Inc. and Zimmer US, Inc., with each party to bear its own costs and fees.

**STIPULATION AND ORDER REGARDING DISMISSAL OF THE PLAINTIFF'S COMPLAINT WITH PREJUDICE**

**CASE NO. 2:08-CV-02944-FCD-EFB**

IT IS SO STIPULATED.

Dated: March 25, 2011

          SCHACHTER HENDY AND JOHNSON

          By:___/s/ Ronald E. Johnson, Jr.___
          Ronald E. Johnson, Jr.
          Paul J. Schachter
          Penny U. Hendy
          909 Wright's Summit Parkway, Suite 210
          Fort Wright, KY  41011
          Telephone: (859) 578-4444
          Facsimile: (859) 578-4440
          Attorneys for Plaintiff Sara Monroe

          BAKER & DANIELS LLP

          By: /s/ Michael J. Kanute_____
          Michael J. Kanute (*pro hac vice*)
          311 S. Wacker Dr., Suite 4400
          Chicago, IL 60602
          Telephone: (312) 212-6500
          Facsimile: (312) 212-6501
          Attorneys for Defendants Zimmer US, Inc. and Zimmer, Inc.

IT IS SO ORDERED.

Dated:  March 25, 2011

          FRANK C. DAMRELL, JR.
          UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER REGARDING DISMISSAL OF THE PLAINTIFF'S COMPLAINT WITH PREJUDICE**

CASE NO. **2:08-CV-02944-FCD-EFB**